UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC,

    Plaintiff,

v.

DATAFINITI LLC, et al.,

    Defendants.
_____/

No. C-12-01444 DMR

**ORDER CONTINUING MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    In light of the court's trial calendar, the hearing on Defendants' motion to dismiss or, in the alternative, transfer venue (doc. no. 10) is CONTINUED from June 28, 2012 to **July 12, 2012 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Initial Case Management Conference previously scheduled for July 11, 2012 is CONTINUED to **July 12, 2012 at 11:00 a.m.** to be held concurrently with the motion hearing. The joint case management statement is due July 5, 2012. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

    IT IS SO ORDERED.

Dated: June 1, 2012

DONNA M. RYU
United States Magistrate Judge