GREGORY K. KLINGSPORN, SBN 203649
MITCHELL, HERZOG & KLINGSPORN
A Limited Liability Partnership
550 Hamilton Avenue, Suite 230
Palo Alto, CA  94301
Tele:  (650) 327-7476
Fax:   (650) 327-7994

Attorney for Defendants
DATAFINITI, LLC and SHION DEYSARKAR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br> v.<br><br>DATAFINITI LLC, a Texas limited liability company, d/b/a 80legs; SHION DEYSARKAR, an individual, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. C 12-01444 DMR<br><br>[PROPOSED] ORDER RE JOINT AND UNOPPOSED ADMINISTRATIVE MOTION FOR 30-DAY STAY AND CONTINUANCE TO ALLOW SETTLEMENT DISCUSSIONS **AS MODIFIED** |

  The court having reviewed the joint and unopposed motion filed by plaintiff YELP, INC. and defendants DATAFINITI, LLC and SHION DEYSARKAR, and good cause appearing therefor:

  IT IS HEREBY ORDERED that the Motion for 30-day Stay and Continuance is GRANTED.  The hearing on Defendants' motion to dismiss or, in the alternative, transfer venue is continued to August 23, 2012 at 11:00 a.m.  The case management conference is also continued to August 23, 2012 at 11:00 a.m., and the case management and ADR deadlines are continued accordingly.

  SO ORDERED.

Dated:  June 21, 2012

                     _____
                     Donna M. Ryu
                     United States Magistrate Judge

*[Court seal: "IT IS SO ORDERED AS MODIFIED" — Judge Donna M. Ryu]*