Gregory K. Klingsporn (SBN 203649)
MITCHELL, HERZOG & KLINGSPORN, LLP
550 Hamilton Avenue, Suite 230
Palo Alto, CA 94301
Tel: 650-327-7476
Fax: 650-327-7994

Attorneys for Defendants DATAFINITI LLC and
SHION DEYSARKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP, INC., a Delaware corporation<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DATAFINITI LLC, a Texas limited liability company, d/b/a 80legs; SHION DEYSARKAR, an individual, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. C 12 1444 DMR<br><br>ORDER ON<br>**JOINT AND UNOPPOSED ADMINISTRATIVE MOTION FOR 60-DAY STAY AND CONTINUANCE TO ALLOW SETTLEMENT DISCUSSIONS** |

In order to facilitate ongoing constructive settlement discussions, Plaintiff YELP, INC. ("Yelp") and defendants DATAFINITI LLC ("Datafiniti") and SHION DEYSARKAR, by and through their attorneys of record, hereby jointly move this Court to grant an additional stay pending hearing dates and other deadlines as follows:

1. On June 21, 2012, the Court granted the parties' joint request for a 30-day stay and continuance to allow settlement discussions (doc. no 23.)

2. The parties have since been engaged in continuous constructive settlement discussions, which are close to final, and continue to believe that the matter has the best chance of resolution the less resources each side has had to expend on the case.

3. Defendants' motion to dismiss, or in the alternative, transfer venue (doc. no. 10) is currently set to be heard on August 23, 2012 at 11:00 a.m, with an Initial Case

1  Management Conference to be held concurrently with the motion hearing (doc.
2  no. 19.)
3      4. The parties' Rule 26 conference, Case Management Conference, and ADR
4  Deadlines are currently set in the time period between now and August 9, 2012;
5      5. The effect of such an order would be to continue the Initial Case Management
6  Conference and the hearing on defendants' motion for at least sixty (60) days, and to
7  similarly extend the deadlines set forth in the Court's Order Setting Initial Case
8  Management Conference and ADR Deadlines (doc. no. 3).
9      6. Consequently, the parties jointly move that the Court issue an order staying
10 this case for a period of sixty (60) days in order to allow the parties the opportunity to
11 resolve all matters in dispute by settlement.
12     SO STIPULATED:
13     Dated: July 27, 2012.        MITCHELL, HERZOG & KLINGSPORN LLP

15                                  By      _____/s/_____
                                            GREGORY K. KLINGSPORN
16                                          Attorneys for
                                            DATAFINITI LLC and
17                                          SHION DEYSARKAR

19     Dated: July 27, 2012.        LEWIS & LLEWELLYN LLP

21                                  By      _____/s/_____
                                            MARC R. LEWIS
22                                          Attorneys for YELP, INC.

23 Pursuant to stipulation, IT IS HEREBY ORDERED that the
24 case management conference and motion hearing are continued
   from August 23, 2012 to October 25, 2012.  The case management
25 statement is due October 18, 2012, and the case management
26 and ADR deadlines are continued accordingly.  Doc. no. 3.
27 Dated: July 30, 2012

IT IS SO ORDERED
Donna M. Ryu

ADMINISTRATIVE UNOPP. MOTION FOR CONTINUANCE [C 12-01444 DMR]                    - 2 -