UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC,

        Plaintiff(s),

v.

DATAFINITI LLC,

        Defendant(s).

No. C 12-01444 DMR

**ORDER TO PROVIDE STATUS REPORT**

On July 30, 2012, the court entered an order staying this action and continuing the hearing date on Defendant's motion to dismiss and the case management conference to October 25, 2012. [Docket No. 25.] By no later than October 5, 2012, the parties shall file a status report, including notifying the court whether the parties intend to go forward with the October 25 hearing and case management conference.

IT IS SO ORDERED.

Dated: September 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge