Gregory K. Klingsporn (SBN 203649)
MITCHELL, HERZOG & KLINGSPORN, LLP
550 Hamilton Avenue, Suite 230
Palo Alto, CA 94301
Tel: 650-327-7476
Fax: 650-327-7994

Attorneys for Defendants DATAFINITI LLC and
SHION DEYSARKAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>DATAFINITI LLC, a Texas limited liability company, d/b/a 80legs; SHION DEYSARKAR, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 12 1444 DMR<br><br>**JOINT STATUS REPORT AND JOINT REQUEST FOR FURTHER CONTINUANCE** |

Per the Court's September 21, 2012 order (doc. no. 26), Plaintiff YELP, INC. ("Yelp") and defendants DATAFINITI LLC ("Datafiniti") and SHION DEYSARKAR submit the following Status Report, and request a further continuance of the October 25, 2012 Case Management Conference in order to finalize their settlement.

1. On June 21, 2012, and again on July 30, 2012 the Court granted the parties' joint requests for stays and continuances to allow settlement discussions (doc. nos 23 & 25.)

2. The parties have been engaged in continuous settlement discussions, which are now very close to final. The parties have agreed on most terms and are finalizing the last non-monetary terms of settlement.

1    3. The parties believe that the settlement discussions are likely to be concluded by
2    the end of October, 2012.
3    4.  Therefore, the parties, by and through their attorneys of record, hereby jointly
4    request this Court to grant an additional stay of the pending hearing dates and other
5    deadlines.
6    5. The effect of such an order would be to continue the Initial Case Management
7    Conference and the hearing on defendants' motion for at least sixty (60) days, and to
8    similarly extend the deadlines set forth in the Court's Order Setting Initial Case
9    Management Conference and ADR Deadlines (doc. no. 3).
10   6.  Consequently, the parties jointly move that the Court issue an order staying
11   this case for a period of sixty (60) days in order to allow the parties the opportunity to
12   resolve all matters in dispute by settlement.
13   SO STIPULATED:
14   Dated:  October __, 2012.          MITCHELL, HERZOG & KLINGSPORN LLP

                                       By     _____/s/_____
                                              GREGORY K. KLINGSPORN
                                              Attorneys for
                                              DATAFINITI LLC and
                                              SHION DEYSARKAR

20   Dated:  October __, 2012.          LEWIS & LLEWELLYN LLP

                                       By     _____/s/_____
                                              MARC R. LEWIS
                                              Attorneys for YELP, INC.
24   //
25   //
26   //
27   //
28   //

JOINT STATUS REPORT & REQUEST FOR FURTHER STAY   [C 12 01444 DMR]                    - 2 -

[Proposed] ORDER

The court having reviewed the joint status report and request for stay filed by plaintiff YELP, INC. and defendants DATAFINITI, LLC and SHION DEYSARKAR, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Motion for 60-day Stay and Continuance is GRANTED. The hearing on Defendants' motion to dismiss or, in the alternative, transfer venue is continued to Dec. 27, 2012 at 11:00 a.m. The case management conference is also continued to Dec. 27, 2012 at 11:00 a.m., and the case management and ADR deadlines are continued accordingly.

SO ORDERED.

Dated: Oct. 4, 2012    _____
                       Donna M. Ryu
                       United States Magistrate Judge