**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC,

   Plaintiff(s),

  v.

DATAFINITI LLC,

   Defendant(s).

_____/

No. C-12-01444 DMR

**ORDER RESETTING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

   The Case Management Conference previously scheduled for December 27, 2012 has been rescheduled for **December 20, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than December 13, 2012.

   IT IS SO ORDERED.

Dated: October 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge