UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC,

    Plaintiff(s),

    v.

DATAFINITI LLC,

    Defendant(s).
_____/

No. C 12-01444 DMR

**ORDER TO PROVIDE STATUS REPORT**

On July 30, 2012, the court entered an order staying this action and continuing the hearing date on Defendant's motion to dismiss and the case management conference. [Docket No. 25.] At the parties' request, the court subsequently continued the hearing on the motion to dismiss and the case management conference to December 20, 2012. [Docket Nos. 30-32.] By no later than December 6, 2012, the parties shall file a status report, including notifying the court whether the parties intend to go forward with the December 20 hearing and case management conference.

IT IS SO ORDERED.

Dated: November 29, 2012



_____
DONNA M. RYU
United States Magistrate Judge