United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT

9                                NORTHERN DISTRICT OF CALIFORNIA

10

11   YELP INC,                                        No. C 12-01444 DMR

12              Plaintiff(s),                          **ORDER VACATING CASE
                                                       MANAGEMENT CONFERENCE AND
13        v.                                           MOTION HEARING**

14   DATAFINITI LLC,

15              Defendant(s).
     _____/
16

17        The court is in receipt of the parties' December 3, 2012 joint status report.  [Docket No. 34.]

18   The December 20, 2012 Case Management Conference and hearing on Defendant's motion to

19   dismiss are hereby VACATED.  Any further motions shall be filed by no later than **January 9,**

20   **2013.**

21

22        IT IS SO ORDERED.

23

24   Dated:  December 13, 2012

25                                                     _____
                                                       DONNA M. RYU
26                                                     United States Magistrate Judge

27

28